## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> *Plaintiff,* <br><br> v. <br><br> SEARCHBUG, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> *Defendants.* | Case No.: 1:24-cv-05658-HB <br><br> Civil Action <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, SEARCHBUG, INC., in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kory Ann Ferro, Esquire
GREENSPOON MARDER LLP
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
Tel: 732-456-8746
Fax: 732-957-2314

Email: KoryAnn.Ferro@gmlaw.com

DATED: April 30, 2024                    Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant Searchbug, Inc.*

3

## **CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this **30th** day of April, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                     */s/ Kory Ann Ferro*
                                     Kory Ann Ferro, Esq.