# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Delvepoint, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4096 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Quantarium Alliance, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4098 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Yardi Systems, Inc., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4103 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Digital Safety Products, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4141 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Cvil Data Research<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) <br> *Plaintiff*    ) <br> v.    ) <br>    ) <br> <u>Scalable Commerce, LLC, et. al.</u>    ) <br> *Defendant*    ) | | Case No. 24-4160 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) <br> *Plaintiff*    ) <br> v.    ) <br>    ) <br> <u>Labels & Lists, Inc., et. al.</u>    ) <br> *Defendant*    ) | | Case No. 24-4174 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) <br> *Plaintiff*    ) <br> v.    ) <br>    ) <br> <u>Innovis Data Solutions Inc., et. al.</u>    ) <br> *Defendant*    ) | | Case No. 24-4176 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) <br> *Plaintiff*    ) <br> v.    ) <br>    ) <br> <u>Accurate Append, Inc., et. al.</u>    ) <br> *Defendant*    ) | | Case No. 24-4178 |
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) <br> *Plaintiff*    ) <br> v.    ) <br>    ) <br> <u>Zillow, Inc., et. al.</u>    ) <br> *Defendant*    ) | | Case No. 24-4256 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4261 |
| | ) | |
| <u>Equimine, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4292 |
| | ) | |
| <u>Melissa Data Corp., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4324 |
| | ) | |
| <u>Restoration of America, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4345 |
| | ) | |
| <u>i360, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4380 |
| | ) | |
| <u>GoHunt, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>      )<br>*Plaintiff*      )<br>       v.      )<br>     )<br><u>Accuzip, Inc., et. al.</u>      )<br>*Defendant*      ) | Case No. 24-4383 | |

<u>Atlas Data Privacy Corporation, et. al.</u>     )
    *Plaintiff*     )
        v.     )          Case No. 24-4385
         )
<u>Synaptix Technology, LLC, et. al.</u>     )
    *Defendant*     )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
    *Plaintiff*     )
        v.     )          Case No. 24-4389
         )
<u>Joy Rockwell Enterprises, Inc., et. al.</u>     )
    *Defendant*     )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
    *Plaintiff*     )
        v.     )          Case No. 24-4390
         )
<u>Fortnoff Financial, LLC, et. al.</u>     )
    *Defendant*     )

<u>Atlas Data Privacy Corporation, et. al.</u>     )
    *Plaintiff*     )
        v.     )          Case No. 24-4392
         )
<u>MyHeritage, Ltd., et. al.</u>     )
    *Defendant*     )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  | | |
| *Plaintiff*  ) | | |
| v.  ) | Case No. 24-4434 | |
| ) | | |
| <u>E-merges.com, Inc., et. al.</u>  ) | | |
| *Defendant*  ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff*  ) | | |
| v.  ) | Case No. 24-4609 | |
| ) | | |
| <u>Nuwber, Inc., et. al.</u>  ) | | |
| *Defendant*  ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff*  ) | | |
| v.  ) | Case No. 24-4664 | |
| ) | | |
| <u>RocketReach LLC, et. al.</u>  ) | | |
| *Defendant*  ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff*  ) | | |
| v.  ) | Case No. 24-4949 | |
| ) | | |
| <u>Belles Camp Communications, Inc., et. al.</u>  ) | | |
| *Defendant*  ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff*  ) | | |
| v.  ) | Case No. 24-5600 | |
| ) | | |
| <u>Property Radar Inc., et. al.</u>  ) | | |
| *Defendant*  ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br>)<br>The Alesco Group, L.L.C., et. al. )<br>*Defendant* ) | Case No. 24-5656 | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br>)<br>Searchbug, Inc., et. al. )<br>*Defendant* ) | Case No. 24-5658 | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br>)<br>Amerilist, Inc., et. al. )<br>*Defendant* ) | Case No. 24-5775 | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br>)<br>U.S. Data Corporation, et. al. )<br>*Defendant* ) | Case No. 24-7324 | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br>)<br>Smarty, LLC, et. al. )<br>*Defendant* ) | Case No. 24-8075 | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Compact Information Systems, LLC., et. al. )<br>*Defendant* ) | Case No. 24-8451 |
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Darkowl, LLC, et. al. )<br>*Defendant* ) | Case No. 24-10600 |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

: Date
12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*