IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>LABELS & LISTS, INC., et al. | : | CIVIL ACTION<br><br><br><br>NO. 24-4174 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>ACCUZIP, INC., et al. | : | CIVIL ACTION<br><br><br><br>NO. 24-4383 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC., et al. | : | CIVIL ACTION<br><br><br><br>NO. 24-4389 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>THE ALESCO GROUP, L.L.C. | : | CIVIL ACTION<br><br><br><br>NO. 24-5656 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>SEARCHBUG, INC. | : | CIVIL ACTION<br><br><br><br>NO. 24-5658 |

---

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>US DATA CORP., et al. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>NO. 24-7324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>v.<br><br>DARKOWL, LLC, et al. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>NO. 24-10600 |

ORDER

AND NOW, this 3rd day of November 2025, it is hereby ORDERED that:

(1) The letter request to stay the court's September 12, 2025 Order in the above cases is DENIED;

(2) The Court will have on the agenda at a future status conference the issue of merits discovery (as of now, no merits discovery is required to proceed);

(3) Plaintiffs shall serve any answers to defendants' counterclaims on or before November 19, 2025;

(4) To the extent motions are filed in lieu of answers, said motions together with supporting briefs shall be filed on or before November 19, 2025;

(5) Defendants shall file any responsive briefs on or before December 10, 2025; and

(6) Plaintiffs shall file any reply briefs on or before December 19, 2025.

BY THE COURT:

/s/ Harvey Bartle III
J.