UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: January 7, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** KIMBERLY WILSON

**TITLE OF CASE:**  **DOCKET NO.:** 24-5658 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
SEARCHBUG, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:00a.m.   Time Adjourned: 11:02a.m.   Total Time in Court: 0:02