**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et.al.*,<br><br>*Plaintiffs*,<br>v.<br><br>SEARCHBUG, INC., *et.al*,<br><br>*Defendants.* | Case No.: 1:24-cv-05658-HB<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR ENTRY OF ORDER REGARDING THE PROTOCOL FOR THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

**PLEASE TAKE NOTICE** that, on December 7, 2026 at 9:00 in the forenoon, or as soon as counsel may be heard, the undersigned, counsel for Defendant, Searchbug, Inc. ("Searchbug" or "Defendant"), shall move, pursuant to this Court's July 30, 2026 Directive, and the corresponding Federal and Local Rules of Civil Procedure, for the entry of an Order regarding the protocol for the discovery of Electronically Stored Information.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Searchbug shall rely on the Declaration of Kelly M. Purcaro, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: November 6, 2026

**GREENSPOON MARDER LLP**
*Attorneys for Defendant*

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.