UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:

DATE OF PROCEEDINGS:

November 16, 2026

DOCKET NO:

24-cv-5658

TITLE OF CASE:

Atlas Data Privacy Corporation et al.

v.

Searchbug, Inc. et al.

APPEARANCES:

Pls.: Rajiv Parikh
Julia Livingston
Jessica Merejo
Adam Shaw
Shoshana Bannett
Sarah Wisniewski

Defs.: Kory Ann Ferro

NATURE OF PROCEEDINGS:

Telephone call with counsel to discuss status of ESI protocols and discovery.

/s/ Nicole Spicer

Deputy Clerk

Time Commenced: 3:30 p.m. Time Adjourned: 3:40 p.m.